IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**AUBREY C. MOORE**                                                                                              **PLAINTIFF**

v.                                    Case No.: 4:20-cv-00257-LPR

**FORREST CITY SCHOOL DISTRICT**
**and TIFFANY HARDRICK, Superintendent**                                       **DEFENDANTS**

### JUDGMENT

Pursuant to the Order filed today, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of all Defendants on all claims asserted against them except the state-law breach of contract claim. The state-law breach of contract claim is DISMISSED without prejudice.

IT IS SO ADJUDGED this 12th day of November 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE